3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

ARTURO RIOS-PENA

V.                                      CIVIL ACTION NO. B-01-170

UNITED STATES OF AMERICA

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION AND ORDER TO VACATE, SET ASIDE OR CORRECT THE SENTENCE PURSUANT TO 28 U.S.C. 2255 AND WITHDRAWAL OF MOTION AND ORDER FOR APPOINTMENT OF COUNSEL IN MOTION TO VACATE, SET ASIDE OR CORRECT THE SENTENCE PURSUANT TO 28 U.S.C. 2255 AND TO PROCEED IN FORMA PAUPERIS**

COMES NOW defendant, ARTURO RIOS-PENA, and hereby respectfully withdraws his Motion to Vacate, Set Aside or Correct the Sentence Pursuant to 28 U.S.C. 2255; Motion for Appointment of Counsel in Motion to Vacate, Set Aside or Correct the Sentence Pursuant to 28 U.S.C. 2255 and to Proceed in Forma Pauperis, and in support thereof defendant would show the Court that the above Motions have been filed in Civil Action Number B-01-086.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000
Southern District of Texas No. 3198

By: _____
JEFFREY L. WILDE
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar Number 21458400
Southern District of Texas No. 8976
600 E. Harrison Street, #102
Brownsville, Texas 78520
Telephone: (956) 548-2573
Fax:         (956) 548-2674

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2001, a copy of the foregoing Notice of Withdrawal of Motion to Vacate, Set Aside or Correct the Sentence Pursuant to 28 U.S.C. 2255; Motion for Appointment of Counsel in Motion to Vacate, Set Aside or Correct the Sentence Pursuant to 28 U.S.C. 2255 and to Proceed in Forma Pauperis of the defendant ARTURO RIOS-PENA was hand delivered to Mark Dowd, Assistant United States Attorney, 600 E. Harrison Street, #201, Brownsville, Texas 78520, and a copy was hand-delivered to Lissette De La Garza, U.S. Probation Office, 600 E. Harrison Street, #103.

JEFFREY L. WILDE
Assistant Federal Public Defender