UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTURO RIOS-PENA, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-170 CR. NO. B-00-133 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

Before the court is Petitioner's Notice of Withdrawal of Motion and Order to Vacate. Counsel for the Petitioner respectfully requests that this Court withdraw the Motion to Vacate, Set Aside or Correct the Sentence Pursuant to 28 U.S.C. § 2255; Motion for Appointment of Counsel in Motion to Vacate, Set Aside or Correct the Sentence Pursuant to 28 U.S.C. § 2255; and Motion to Proceed in Forma Pauperis filed on October 5, 2001. Due to the fact that the same issue was taken up in Civil Action Number B-01-086, and Petitioner's Writ of Habeas Corpus was granted in that identical case, the request should be GRANTED.

DONE at Brownsville, Texas this ___1___ day of ___November___, 2001.

_____
Hilda Tagle
United States District Judge